RECEIVED

APR 1 5 2026

BY MAIL

UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

Nicole Simons

V

DOCKET NO.

Shantonu Basu, Logan Schiff
Enedina Pilar Sanchez, Kevin Mcclanahan

1. Defendants violated constitutional rights,

2. Plaintiff demands compensation of $100,000.

Plaintiff hereby declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Nicole Simons

3/24/26